UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATHERINE UGOLINI,

    Plaintiff,

v.                                                            Case No: 6:23-cv-1026-JSS-EJK

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD.,

    Defendant.
_____/

## ORDER

The court has been notified by the parties' Mediation Report (Dkt. 23) that the above-styled action has been settled.  Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

**ORDERED** in Orlando, Florida on December 20, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record